UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Emilio Quisumbing and Rebecca F. Quisumbing

Case No.: 14-31524

Hearing Date: 10/11/17 at 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that  Laura M. Egerman  was directed to file: CONSENT ORDER TO BE SUBMITTED (#29) and that the document has not been filed, it is hereby

ORDERED that  Laura M. Egerman  shall show cause on  10/11/2017  at  10:00 am  in the United States Bankruptcy Court,  402 East State Street, Trenton , New Jersey, Courtroom number  8 , before the Honorable  Michael B. Kaplan  why the:

- ☒ motion should not be denied,
- ❏ pleading should not be stricken.

*new 9/10/07*