UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Emilio Quisumbing and Rebecca F. Quisumbing

| | |
|---|---|
| Case No. | 14-31524 |
| Hearing Date: | 10/11/17 at 10:00 am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

# ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 25, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that  Laura M. Egerman  was directed to file:

CONSENT ORDER TO BE SUBMITTED (#29)  and that the document has not been filed, it is hereby

ORDERED that  Laura M. Egerman  shall show cause on  10/11/2017  at  10:00 am  in the United States Bankruptcy Court,  402 East State Street, Trenton , New Jersey, Courtroom number  8 , before the Honorable  Michael B. Kaplan  why the:

- ☒ motion should not be denied,

- ☐ pleading should not be stricken.

*new 9/10/07*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 14-31524-MBK
Emilio Quisumbing                                                   Chapter 13
Rebecca F. Quisumbing
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Sep 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.
db/jdb         +Emilio Quisumbing,   Rebecca F. Quisumbing,   1336 Roosevelt Ave,   Carteret, NJ 07008-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Reverse Mortgage Solutions, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor   Reverse Mortgage Solutions Inc bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor   Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Russell L. Low    on behalf of Debtor Emilio   Quisumbing rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Joint Debtor Rebecca F. Quisumbing rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 8