UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Emilio Quisumbing and Rebecca F. Quisumbing

Case No.: 14-31524

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

**ORDER VACATING ORDER DENYING MOTION FOR RELIEF FROM STAY**

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: October 20, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Denying Motion For Relief From Stay
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Denying Motion For Relief From Stay
_____

dated  10/18/2017 _____ be and the same is hereby vacated.