

Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2 (c)

Russell L. Low, Esq. – RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07501
201-343-4040
Attorneys for Debtor

In Re:

**EMILIO QUISUMBING**
**REBECCA F. QUISUMBING**

Debtor(s)

Case No. 14-31524

Chapter 13

Judge: The Honorable Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00.  The allowance is payable:

   _X_    through the Chapter 13 plan as an administrative priority.

   ___    outside the plan.

The debtor's monthly plan is modified to require a payment of $317.00 per month for 25 months starting October 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Emilio Quisumbing  
Rebecca F. Quisumbing  
    Debtors

Case No. 14-31524-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Oct 18, 2017  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db/jdb        +Emilio Quisumbing,   Rebecca F. Quisumbing,   1336 Roosevelt Ave,   Carteret, NJ 07008-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:  
          Albert Russo   docs@russotrustee.com  
          Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   Reverse Mortgage Solutions, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joshua I. Goldman   on behalf of Creditor   Reverse Mortgage Solutions, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Justin Plean   on behalf of Creditor   Reverse Mortgage Solutions Inc bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
          Laura M. Egerman   on behalf of Creditor   Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Russell L. Low   on behalf of Debtor Emilio Quisumbing rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          Russell L. Low   on behalf of Joint Debtor Rebecca F. Quisumbing rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                 TOTAL: 8