UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Emilio Quisumbing and Rebecca F. Quisumbing

**Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 14-31524

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

## ORDER VACATING ORDER DENYING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: October 20, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the

Order Denying Motion For Relief From Stay
_____

entered in the above-captioned case was entered in error and must be vacated;

and for good cause show, it is

ORDERED that said order

Order Denying Motion For Relief From Stay
_____

dated  10/18/2017_____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:  
Emilio Quisumbing  
Rebecca F. Quisumbing  
    Debtors

Case No. 14-31524-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 1   Date Rcvd: Oct 20, 2017  
                Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.  
db/jdb      +Emilio Quisumbing,    Rebecca F. Quisumbing,    1336 Roosevelt Ave,    Carteret, NJ 07008-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:

    Albert Russo    docs@russotrustee.com  
    Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
    Denise E. Carlon    on behalf of Creditor    Reverse Mortgage Solutions, Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Justin Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
    Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Russell L. Low    on behalf of Debtor Emilio Quisumbing rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
    Russell L. Low    on behalf of Joint Debtor Rebecca F. Quisumbing rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com

                    TOTAL: 8