| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>(561) 241-6901<br>Attorneys for Secured Creditor<br>Reverse Mortgage Solutions, Inc.<br>Aleisha C. Jennings 049302015 | Order Filed on September 19, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Emilio Quisumbing  and**<br>**Rebecca F. Quisumbing** | Case No.:   14-31524<br>Chapter     13<br>Hearing Date:  8/14/2018<br>Judge:     Michael B. Kaplan |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through four (4), is hereby ORDERED.

**DATED: September 19, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Secured Creditor: Reverse Mortgage Solutions, Inc.

Secured Creditor's Counsel: Robertson Anschutz Schneid PL

Debtor's Counsel: Russell L. Low

Property Involved ("Collateral"): 1336 ROOSEVELT AVENUE, CARTERET, New Jersey

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ■ The Debtor is overdue for post-petition property taxes in the amount of $13,112.29.

    ☐ The Debtor is overdue for ___ payments, from _____ to _____, at $_____ per month.

    ☐ The Debtor is overdue for ___ payments, from _____ to _____, at $_____ per month.

    ☐ The Debtor is assessed for _____ late charges at $_____ per month.

    Funds Held In Suspense $0.00.

    Total Arrearages Due $13,112.29

2. Debtor must cure all post-petition arrearages, as follows:

    ■ Immediate payment shall be made in the amount of $6560.00. Payment shall be made no later than 8/20/2018.

    ☐ Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____ for ___ months.

    ■ Beginning on 9/20/2018, additional monthly cure payments shall be made in the amount of $ 1625.00 for 3 months. A final payment of $1677.29 shall be made on or before 12/20/2018 to cure the default.

☐ The amount of $___ shall be capitalized in the debtor's Chapter 13 plan. Debtor must file an Amended Plan, and Schedules I and J within twenty-one (21) days of the entry of this Order. The debtor's monthly payment to the Chapter 13 Trustee will be modified to an amount necessary to appropriately fund the plan in accordance with this order.

3. Payments to the Secured Creditor shall be made to the following address(es):

■ Immediate payment:    Reverse Mortgage Solutions, Inc.____
 14405 Walters Rd., Suite 200_____
 Houston, TX 77014_____
 _____

■ Regular monthly payment: Reverse Mortgage Solutions, Inc___
 14405 Walters Rd., Suite 200_____
 _ Houston, TX 77014_____
 _____

☐ Monthly cure payment:    _____
 _____
 _____
 _____

4. Debtor shall maintain and is responsible for continued payment of the property taxes and homeowner's insurance on the subject property.

5. In the event of Default:

■ If the Debtor fails to make the immediate payment specified above or fails to timely make tax payments within seven (7) days of the date the payments are due and maintain insurance coverage and provide proof of same, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $<u>350.00</u>, and costs of $<u>181.00</u>.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.