Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–31524–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Emilio Quisumbing
1336 Roosevelt Ave
Carteret, NJ 07008

Rebecca F. Quisumbing
1336 Roosevelt Ave
Carteret, NJ 07008

Social Security No.:
xxx–xx–5835

xxx–xx–4338

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/28/19 at 09:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 1336 ROOSEVELT AVENUE, CARTERET, NJ 07008. Fee Amount $ 181. filed by Creditor Reverse Mortgage Solutions, Inc., 43 Order (Generic)) filed by Aleisha Candace Jennings on behalf of Reverse Mortgage Solutions, Inc.. Objection deadline is 04/18/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Jennings, Aleisha)

Dated: 4/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court