Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 14−31524−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Emilio Quisumbing  
1336 Roosevelt Ave  
Carteret, NJ 07008  

Rebecca F. Quisumbing  
1336 Roosevelt Ave  
Carteret, NJ 07008  

Social Security No.:
xxx−xx−5835                                            xxx−xx−4338

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/28/19 at 09:00 AM

to consider and act upon the following:

*46* − Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: 1336 ROOSEVELT AVENUE, CARTERET, NJ 07008. Fee Amount $ 181. filed by Creditor Reverse Mortgage Solutions, Inc., 43 Order (Generic)) filed by Aleisha Candace Jennings on behalf of Reverse Mortgage Solutions, Inc.. Objection deadline is 04/18/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) (Jennings, Aleisha)

Dated: 4/22/19

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-31524-MBK
Emilio Quisumbing                                                     Chapter 13
Rebecca F. Quisumbing
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 22, 2019
                              Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
db/jdb         +Emilio Quisumbing,    Rebecca F. Quisumbing,    1336 Roosevelt Ave,    Carteret, NJ 07008-1302
cr             +Reverse Mortgage Solutions Inc,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Avenue,,
                 Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Justin Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Russell L. Low    on behalf of Joint Debtor Rebecca F. Quisumbing rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Emilio Quisumbing rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                              TOTAL: 9