Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14−31524−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emilio Quisumbing                                      Rebecca F. Quisumbing
   1336 Roosevelt Ave                                     1336 Roosevelt Ave
   Carteret, NJ 07008                                     Carteret, NJ 07008

Social Security No.:
   xxx−xx−5835                                            xxx−xx−4338

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after April 16, 2020 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 17, 2020
JAN: wdr

                                                                                    Jeanne Naughton
                                                                                    Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 14-31524-MBK
Emilio Quisumbing                                                   Chapter 13
Rebecca F. Quisumbing
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 17, 2020
                              Form ID: clsnodsc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2020.
db/jdb        +Emilio Quisumbing,    Rebecca F. Quisumbing,    1336 Roosevelt Ave,    Carteret, NJ 07008-1302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 18 2020 01:05:35      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 18 2020 01:05:29      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               ajennings@rasflaw.com
              Aleisha Candace Jennings     on behalf of Creditor    Reverse Mortgage Solutions Inc
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Reverse Mortgage Solutions, Inc.
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Justin  Plean    on behalf of Creditor    Reverse Mortgage Solutions Inc bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Russell L. Low    on behalf of Joint Debtor Rebecca F. Quisumbing ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Emilio  Quisumbing ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 11