Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  14−31524−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Emilio Quisumbing                    Rebecca F. Quisumbing
    1336 Roosevelt Ave              1336 Roosevelt Ave
    Carteret, NJ 07008              Carteret, NJ 07008

Social Security No.:
    xxx−xx−5835                      xxx−xx−4338

Employer's Tax I.D. No.:

_____

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 1, 2020                  Michael B. Kaplan
                                 Judge, United States Bankruptcy Court