**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Emilio Quisumbing | Social Security number or ITIN   xxx–xx–5835 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Rebecca F. Quisumbing | Social Security number or ITIN   xxx–xx–4338 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   14–31524–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Emilio Quisumbing                                    Rebecca F. Quisumbing

7/1/20                                               **By the court:** Michael B. Kaplan
                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 14-31524-MBK
Emilio Quisumbing                                             Chapter 13
Rebecca F. Quisumbing
          Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin          Page 1 of 4          Date Rcvd: Jul 01, 2020
                              Form ID: 3180W       Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db/jdb        +Emilio Quisumbing,  Rebecca F. Quisumbing,  1336 Roosevelt Ave,  Carteret, NJ 07008-1302
515124197     +ATT Services,  PO Box 192830,  San Juan, PR 00919-2830
515124184     +Acs/loan Science,  501 Bleecker St,  Utica, NY 13501-2401
515124185     +Aes/Nct,  Aes/Ddb,  Po Box 8183,  Harrisburg, PA 17105-8183
515124188     +Aes/Suntrust Bank,  Aes/Ddb,  Po Box 8183,  Harrisburg, PA 17105-8183
515124196     +Aspire,  Pob 105555,  Atlanta, GA 30348-5555
515124204     +Borough of Carteret,  20 Cooke Ave,  Carteret, NJ 07008-2602
515124205     +Bureau Of Accounts Control,  Bac,  Po Box 538,  Howell, NJ 07731-0538
515124210     +Cap1/bstby,  Po Box 6497,  Sioux Falls, SD 57117-6497
515124211     +Cap1/terah,  Po Box 30253,  Salt Lake City, UT 84130-0253
515124226     +Citibank/The Home Depot,  Attn: Bankruptcy,  Po Box 790328,  Saint Louis, MO 63179-0328
515124227     +City Ntl Bk/Ocwen Loan Service,  Attn: Bankruptcy,  P.O. Box 24738,
               West Palm Beach, FL 33416-4738
515124231     +Edison Neurologic Associates, PA,  34-36 Progress Street,  Edison, NJ 08820-1197
515124232     +Emerge/fnbo,  Po Box 105555,  Atlanta, GA 30348-5555
515124233     +Equitableacc,  1200 Ford Road,  Minnetonka, MN 55305-1616
515124234     +Financial Recoveries,  Po Box 1388,  Mount Laurel, NJ 08054-7388
515124244     +Gmac Hm Eq,  Po Box 4622,  Waterloo, IA 50704-4622
515124245     +Gmac Mortgage,  Po Box 4622,  Waterloo, IA 50704-4622
515124202     +HarishBhatt MD PA,  Route 27 South,  PO Box 666,  Edison, NJ 08818-0666
515124246     +Interamerican Tech Corp,  7927 NW. 64th Street,  Miami, FL 33166-2723
515124263     +Izzat H.Shah, MS,  4 Ethel Road,  Sute 402-A,  Edison, NJ 08817-2841
515213316     +JFK Johnson Rehab Institute,  55 Morris Avenue,  PO Box 96,  Springfield, NJ 07081-0096
515124248     +Lawngevity,  118 Dorothy Street,  Carteret, NJ 07008-1310
515124251     +Middlesex Water Company,  1500 Ronson Road,  Iselin, NJ 08830-3049
515282216     +National Collegiate Student Loan Trust-2006-2,  Po Box 4275,  Norcross, GA 30091-4275
515282212     +National Collegiate Student Loan Trust-2006-3,  Po Box 4275,  Norcross, GA 30091-4275
515282214     +National Collegiate Student Loan Trust-2007-3,  Po Box 4275,  Norcross, GA 30091-4275
515124252     +Nissan Motor Acceptanc,  Po Box 660360,  Dallas, TX 75266-0360
515131584      Nissan Motor Acceptance Corporation,  PO Box 660366,  Dallas TX 75266-0366
515124254     +Ocwen Loan Servicing L,  3451 Hammond Ave,  Waterloo, IA 50702-5345
515124255     #+PSE&G,  PO Box 1023,  Cranford, NJ 07016-1023
515124257     +RMS,  1336 Roosevelt Ave.,  Carteret, NJ 07008-1302
515334027     +Reverse Mortgage Solutions,  14405 Walters Road, Suite 200,  Houston, Texas 77014-1345
516529467     +Reverse Mortgage Solutions, INC,  Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,  Boca Raton, FL 33487-2853
516637510     +Robertson, Anschutz & Schneid, P.L,,  6409 Congress Ave., Suite 100,
               Boca Raton, FL 33487-2853
515124264     +Silver Lake Resort,  7751 Black Lake Road,  Kissimmee, FL 34747-1760
515124265     +Sima Styln Print Corp,  Attn: Amazon,  410 Terry Avenue North,  Seattle, WA 98109-5210
515135617     +TD BANK USA, N.A.,  C O WEINSTEIN, PINSON, AND RILEY, PS,  2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2020 01:08:25    U.S. Attorney,  970 Broad St.,
               Room 502,  Rodino Federal Bldg.,  Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2020 01:08:23    United States Trustee,
               Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
               Newark, NJ 07102-5235
515124195      EDI: HNDA.COM Jul 02 2020 04:18:00    American Honda Finance,  Po Box 168088,
               Irving, TX 75016
515124189     +EDI: BECKLEE.COM Jul 02 2020 04:13:00    American Express,  Po Box 3001,
               16 General Warren Blvd,  Malvern, PA 19355-1245
515284863      EDI: BECKLEE.COM Jul 02 2020 04:13:00    American Express Bank, FSB,  c o Becket and Lee LLP,
               POB 3001,  Malvern, PA 19355-0701
515289378      EDI: BECKLEE.COM Jul 02 2020 04:13:00    American Express Centurion Bank,
               c o Becket and Lee LLP,  POB 3001,  Malvern, PA 19355-0701
515124203      EDI: BANKAMER.COM Jul 02 2020 04:13:00    Bk Of Amer,  Po Box 982235,  El Paso, TX 79998
515124198     +EDI: BANKAMER.COM Jul 02 2020 04:13:00    Bank of America,
               Attn: Bankruptcy Dept NC4-105-0314,  Po Box 26012,  Greensboro, NC 27420-6012
515124199     +EDI: TSYS2.COM Jul 02 2020 04:13:00    Barclays Bank Delaware,  Attn: Bankruptcy,
               P.O. Box 8801,  Wilmington, DE 19899-8801
515124200     +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Jul 02 2020 01:09:12
               Berks Credit & Coll,  900 Corporate Dr,  Reading, PA 19605-3340
515124221      EDI: CITICORP.COM Jul 02 2020 04:13:00    Citibank Na,
               Citicard Credit Srvs/Centralized Bankrup,  Po Box 20363,  Kansas City, MO 64195
515124222      EDI: CITICORP.COM Jul 02 2020 04:13:00    Citibank Na,
               Citicorp Credit Srvs/Centralized Bankrup,  Po Box 20507,  Kansas City, MO 64195
515124225      EDI: CITICORP.COM Jul 02 2020 04:13:00    Citibank Sd, Na,  Attn: Centralized Bankruptcy,
               Po Box 20363,  Kansas City, MO 64195
515124224      EDI: CITICORP.COM Jul 02 2020 04:13:00    Citibank Sd, Na,
               Citi Corp Credit Services/Attn:Centraliz,  7920 Nw 110th St,  Kansas City, MO 64195

```
District/off: 0312-3          User: admin              Page 2 of 4               Date Rcvd: Jul 01, 2020
                              Form ID: 3180W           Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515124206      +EDI: CAPITALONE.COM Jul 02 2020 04:13:00      Cap One,   Po Box 5253,
                Carol Stream, IL 60197-5253
515124209      +EDI: CAPITALONE.COM Jul 02 2020 04:13:00      Cap1/bstby,   Po Box 30253,
                Salt Lake City, UT 84130-0253
515124212      +EDI: CAPITALONE.COM Jul 02 2020 04:13:00      Capital 1 Bank,   Attn: General Correspondence,
                Po Box  30285,   Salt Lake City, UT 84130-0285
515124219      +EDI: CAUT.COM Jul 02 2020 04:13:00      Chase Auto,   Attn:National Bankruptcy Dept,
                Po Box 29505,   Phoenix, AZ 85038-9505
515124228      +EDI: WFNNB.COM Jul 02 2020 04:13:00      Comenity Bank/fortunof,   Po Box 182789,
                Columbus, OH 43218-2789
515124229      +EDI: CONVERGENT.COM Jul 02 2020 04:18:00      Convergent,   800 SW 39th St.,
                Renton, WA 98057-4927
515124230      +EDI: TSYS2.COM Jul 02 2020 04:13:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
515124240      +EDI: AMINFOFP.COM Jul 02 2020 04:13:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
515124241      +EDI: RMSC.COM Jul 02 2020 04:13:00      GECRB/JC Penny,   Attention: Bankruptcy,
                Po Box 103104,   Roswell, GA 30076-9104
515124242      +EDI: RMSC.COM Jul 02 2020 04:13:00      GECRB/Lowes,   Attention: Bankruptcy Department,
                Po Box 103104,   Roswell, GA 30076-9104
515124243      +EDI: RMSC.COM Jul 02 2020 04:13:00      GECRB/Select Comfort,   Attn: Bankruptcy Dept,
                Po Box 103104,   Roswell, GA 30076-9104
515124216       EDI: JPMORGANCHASE Jul 02 2020 04:13:00      Chase,   Po Box 15298,   Wilmington, DE 19850
515124220       EDI: JPMORGANCHASE Jul 02 2020 04:13:00      Chase- Bp,   Po Box 15298,   Wilmington, DE 19850
515288699       EDI: NAVIENTFKASMSERV.COM Jul 02 2020 04:13:00      Navient Solutions, Inc.,   P.O. Box 9640,
                Wilkes-Barre, PA 18773-9640
515124253      +E-mail/Text: bnc@nordstrom.com Jul 02 2020 01:07:44      Nordstrom FSB,
                Attention: Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
515333944      +EDI: JEFFERSONCAP.COM Jul 02 2020 04:18:00      Nordstrom Fsb,
                c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
515298265       EDI: PRA.COM Jul 02 2020 04:13:00      Portfolio Recovery Associates, LLC,   c/o Capital One,
                POB 41067,   Norfolk VA 23541
515298202       EDI: PRA.COM Jul 02 2020 04:13:00      Portfolio Recovery Associates, LLC,
                c/o Sears Gold Mastercard,   POB 41067,   Norfolk VA 23541
515320269      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 02 2020 01:14:54
                PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
516214528      +EDI: Q3G.COM Jul 02 2020 04:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788,   Quantum3 Group LLC as agent for,
                MOMA Funding LLC 98083-0788
516214527       EDI: Q3G.COM Jul 02 2020 04:13:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
515124258      +E-mail/Text: bankruptcy@savit.com Jul 02 2020 01:09:10      Sa-vit Enterprises,   46 W Ferris St,
                East Brunswick, NJ 08816-2159
515124260      +EDI: NAVIENTFKASMSERV.COM Jul 02 2020 04:13:00      Sallie Mae,   Po Box 9655,
                Wilkes Barre, PA 18773-9655
515124262      +EDI: SEARS.COM Jul 02 2020 04:13:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
515124261      +EDI: SEARS.COM Jul 02 2020 04:13:00      Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
515135410      +EDI: STF1.COM Jul 02 2020 04:13:00      SunTrust Bank,   Attn: Support Services,
                P.O. Box 85092,   Richmond, VA 23286-0001
515124266      +EDI: STF1.COM Jul 02 2020 04:13:00      Suntrust Bank,   Attn:Bankruptcy Dept,
                Po Box 85092 Mc Va-Wmrk-7952,   Richmond, VA 23285-5092
515124270       EDI: TFSR.COM Jul 02 2020 04:13:00      Toyota Motor Credit Co,   Toyota Financial Services,
                Po Box 8026,   Cedar Rapids, IA 52408
515124267      +EDI: WTRRNBANK.COM Jul 02 2020 04:13:00      Target N.b.,   Po Box 673,
                Minneapolis, MN 55440-0673
515124268      +EDI: WTRRNBANK.COM Jul 02 2020 04:13:00      Td Bank Usa/targetcred,   Po Box 673,
                Minneapolis, MN 55440-0673
515124269      +EDI: WTRRNBANK.COM Jul 02 2020 04:13:00      Tnb - Target,   Po Box 673,
                Minneapolis, MN 55440-0673
515124271       EDI: VERIZONCOMB.COM Jul 02 2020 04:13:00      Verizon,   PO Box 408,   Newark, NJ 07101-0408
515124272      +E-mail/Text: collect@williamsalexander.com Jul 02 2020 01:08:02      Waassociates,   Po Box 2148,
                Wayne, NJ 07474-2148
515124273      +EDI: WFFC.COM Jul 02 2020 04:13:00      Wellsfargo,   800 Walnut St,   Des Moines, IA 50309-3605
516842334       EDI: ECAST.COM Jul 02 2020 04:13:00      eCAST Settlement Corporation,   PO Box 29262,
                New York NY 10087-9262
515300072       EDI: ECAST.COM Jul 02 2020 04:13:00      eCAST Settlement Corporation, assignee,
                of Citibank, N.A.,   POB 29262,   New York, NY 10087-9262
                                                                                            TOTAL: 50


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516637509       REVERSE MORTGAGE SOLUTIONS, INC.
515124247       ity of Careret
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Jul 01, 2020
                              Form ID: 3180W           Total Noticed: 88

cr*            +Reverse Mortgage Solutions Inc,   Robertson, Anschutz & Schneid P.L.,   6409 Congress Avenue,,
                Suite 100,   Boca Raton, FL 33487-2853
515124187*     +Aes/Nct,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
515124186*     +Aes/Nct,   Aes/Ddb,   Po Box 8183,   Harrisburg, PA 17105-8183
515124190*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
515124191*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
515124192*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
515124193*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
515124194*     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
515298021*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515289379*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515299745*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515124201*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
515124223*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Na,   Citicard Credit Srvs/Centralized Bankrup,
                Po Box 20363,   Kansas City, MO 64195)
515124207*     +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
515124208*     +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
515124213*     +Capital 1 Bank,   Attn: General Correspondence,   Po Box  30285,
                Salt Lake City, UT 84130-0285
515124214*     +Capital 1 Bank,   Attn: General Correspondence,   Po Box  30285,
                Salt Lake City, UT 84130-0285
515124215*     +Capital 1 Bank,   Attn: General Correspondence,   Po Box  30285,
                Salt Lake City, UT 84130-0285
515124235*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
515124236*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
515124237*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
515124238*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
515124239*     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
515124217*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court:  Chase,   Po Box 15298,   Wilmington, DE 19850)
515124218*     ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
                (address filed with court:  Chase,   Po Box 15298,   Wilmington, DE 19850)
515124249*     +Lawngevity,   118 Dorothy Street,   Carteret, NJ 07008-1310
515124250*     +Lawngevity,   118 Dorothy Street,   Carteret, NJ 07008-1310
515131798*      Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas TX 75266-0366
515124256*     +PSE&G,   PO Box 1023,   Cranford, NJ 07016-1023
516895905*     +Reverse Mortgage Solutions Inc.,   Robertson, Anschutz & Schneid P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
515124259*     +Sa-vit Enterprises,   46 W Ferris St,   East Brunswick, NJ 08816-2159
515300073*      eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                New York, NY 10087-9262
515300074*      eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                New York, NY 10087-9262
                                                                               TOTALS: 2, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                    Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

District/off: 0312-3          User: admin            Page 4 of 4            Date Rcvd: Jul 01, 2020
                             Form ID: 3180W          Total Noticed: 88


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo   docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor   Reverse Mortgage Solutions Inc
           ajennings@rasflaw.com
          Aleisha Candace Jennings   on behalf of Creditor   Reverse Mortgage Solutions, Inc.
           ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   Reverse Mortgage Solutions, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   Reverse Mortgage Solutions, Inc.
           josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com
          Justin  Plean   on behalf of Creditor   Reverse Mortgage Solutions Inc bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman   on behalf of Creditor   Reverse Mortgage Solutions, Inc. bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Russell L. Low   on behalf of Debtor Emilio  Quisumbing ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          Russell L. Low   on behalf of Joint Debtor Rebecca F. Quisumbing ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                              TOTAL: 11