Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−31524−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Emilio Quisumbing
1336 Roosevelt Ave
Carteret, NJ 07008

Rebecca F. Quisumbing
1336 Roosevelt Ave
Carteret, NJ 07008

Social Security No.:
xxx−xx−5835

xxx−xx−4338

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 17, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 74 − 71
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 71). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/17/2023. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 17, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Emilio Quisumbing  
Rebecca F. Quisumbing  
    Debtors

Case No. 14-31524-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 17, 2023 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emilio Quisumbing, Rebecca F. Quisumbing, 1336 Roosevelt Ave, Carteret, NJ 07008-1302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: cmecf@dilksknopik.com | Nov 17 2023 20:29:00 | Navient Solutions, LLC c/o Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065-9216 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 17, 2023 | Form ID: orderntc | Total Noticed: 2

Aleisha Candace Jennings
       on behalf of Creditor Reverse Mortgage Solutions  Inc. ajennings@raslg.com

Aleisha Candace Jennings
       on behalf of Creditor Reverse Mortgage Solutions Inc ajennings@raslg.com

Denise E. Carlon
       on behalf of Creditor Reverse Mortgage Solutions  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joshua I. Goldman
       on behalf of Creditor Reverse Mortgage Solutions  Inc. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Justin Plean
       on behalf of Creditor Reverse Mortgage Solutions Inc justin.plean@qpwblaw.com  bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Laura M. Egerman
       on behalf of Creditor Reverse Mortgage Solutions  Inc. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Russell L. Low
       on behalf of Joint Debtor Rebecca F. Quisumbing ecf@lowbankruptcy.com
       ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
       on behalf of Debtor Emilio Quisumbing ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

TOTAL: 11