UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Emilio Quisumbing and Rebecca F. Quisumbing

Case No.: 14-31524-MBK

Chapter: 13

Judge: Michael B. Kaplan

# ORDER GRANTING APPLICATION FOR PAYMENT
# OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: November 17, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On  September 22, 2023                , an application was filed for the Claimant(s),  Navient Solutions, Inc c/o Dilks & Knopik, LL  , for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; and Debtor having cured the deficiencies in her application; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $  287.72          held in unclaimed funds be made payable to  Navient Solutions, Inc c/o Dilks & Knopik, LLC           and be disbursed to the payee at the following address:

 35308  SE Center Street                      
 Snoqualmie, WA 98065                         

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov
or:
United States Bankruptcy Court
Martin Luther King, Jr. Federal Bldg.
**Attention: Financial Department**
50 Walnut Street
P.O. Box 1352 Newark, NJ 07102

a. **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b. **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 11/12/21*

2

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 14-31524-MBK
Emilio Quisumbing  Chapter 13
Rebecca F. Quisumbing
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Nov 17, 2023 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Emilio Quisumbing, Rebecca F. Quisumbing, 1336 Roosevelt Ave, Carteret, NJ 07008-1302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo (NA) | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Reverse Mortgage Solutions Inc ajennings@raslg.com |
| Aleisha Candace Jennings | on behalf of Creditor Reverse Mortgage Solutions  Inc. ajennings@raslg.com |
| Denise E. Carlon | |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

       on behalf of Creditor Reverse Mortgage Solutions Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joshua I. Goldman
       on behalf of Creditor Reverse Mortgage Solutions Inc. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com

Justin Plean
       on behalf of Creditor Reverse Mortgage Solutions Inc justin.plean@qpwblaw.com bkyecf@rasflaw.com;ras@ecf.courtdrive.com

Laura M. Egerman
       on behalf of Creditor Reverse Mortgage Solutions Inc. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Russell L. Low
       on behalf of Joint Debtor Rebecca F. Quisumbing ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

Russell L. Low
       on behalf of Debtor Emilio Quisumbing ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

TOTAL: 11